**DISMISS; Opinion Filed April 25, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00525-CV**

**IN RE ANDREW DAVID MALONE, JR., Relator**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-86-95910-QN**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

Before the Court is relator's petition for writ of mandamus naming "Jaclyn O'Connor Lambert, district attorney" as the respondent. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over a district attorney or assistant district attorney. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/Lana Myers/
LANA MYERS
JUSTICE

130525F.P05